UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**FILED**

UNITED STATES OF AMERICA

v.

BEVERLY ANDREWS

Case No. 3:95-cr-75-J-25HTS

## REVOCATION OF SUPERVISED RELEASE AND JUDGMENT AND COMMITMENT

This matter is before the Court on the Petition on Probation and Supervised Release, filed on March 27, 2006 (Dkt. 61). On October 5, 2006, the Court conducted a hearing on the matter at which defendant appeared with counsel, James Burke, Jr., Assistant Federal Public Defender, and the government was represented by Frank Talbot, Assistant United States Attorney.

Having reviewed the report of the probation officer, having heard from counsel for defendant and the government, and having heard the defendant's admission to Allegations Two and Three, the Court finds that defendant has violated the terms of supervised release as set forth in Allegations Two and Three of the Petition. Allegations One and Four were withdrawn by the Government. Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED:**

1. That defendant's supervised release is revoked; and

2. That defendant is committed to the custody of the United States Bureau of Prisons for a term of six (6) months.

3. The Court recommends placement in a community based facility.

**DONE AND ORDERED** at Jacksonville, Florida, this 12 day of October, 2006.

HENRY LEE ADAMS, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record
Defendant
U.S. Marshal
U.S. Probation Officer
Pretrial Services